Lin Speers and Gladys Speers, Plaintiffs-Appellees, v. Charles Wedekind and Janet Wedekind, Defendants-Appellants.

Gen. No. 10,645.

Elwin S. Wadsworth, for appellants; Melvin Finer, for appellees. Opinion by JUSTICE ANDERSON. **Not to be published in full.** Opinion filed December 5, 1952; released for publication December 23, 1952.